IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ANTONIO PERKINS,** | |
| Petitioner, | |
| v. | Case No. 3:25-cv-00011-SPM |
| **IDOC & KWAME RAOUL,** | |
| Respondents. | |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS ORDERED AND ADJUDGED** that, pursuant to the Order entered on February 27, 2025 (Doc. 8), this action is **DISMISSED without prejudice**.

    **DATED:  February 27, 2025**

                                                   MONICA A. STUMP,
                                                     Clerk of Court

                                                     By:  s/ *Jackie Muckensturm*
                                                             Deputy Clerk

**APPROVED:** s/ *Stephen P. McGlynn*
                  STEPHEN P. McGLYNN
                  U.S. District Judge