IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ANTONIO PERKINS,**

           Petitioner,

v.

**RICHARD STEMPINSKI,**

           Respondent.

Case No. 3:25-CV-00011-SPM

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS ORDERED AND ADJUDGED** that, pursuant to the Order entered on October 1, 2025 (Doc. 31), this action is **DISMISSED with prejudice**. The Court **DECLINES** to issue a certificate of appealability.

    **DATED:  October 1, 2025**

                                  MONICA A. STUMP,
                                  Clerk of Court

                                By:  s/ *Jackie Muckensturm*
                                        Deputy Clerk

**APPROVED: s/ *Stephen P. McGlynn***
                **STEPHEN P. McGLYNN**
                **U.S. District Judge**